THE PEOPLE OF THE STATE OF NEW YORK ex rel. TOWN OF HEMPSTEAD, Respondent, *v.* BOARD OF SUPERVISORS OF NASSAU COUNTY et al., Appellants, Impleaded with Another.

*People ex rel. Town of Hempstead* v. *Board of Supervisors of Nassau County*, 174 App. Div. 878, affirmed.

(Argued January 10, 1917; decided January 30, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 2, 1916, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the board of supervisors of Nassau county to levy upon and cause to be collected and raised in and from the town of North Hempstead $40,703.72 and in and from the town of Oyster Bay $46,512.88, together with interest thereon at six per cent per annum from July 19, 1912, until the date of the issuance and delivery of the warrants to the collector of taxes of the respective towns, and to credit said amounts to the town of Hempstead on account of the said town of Hempstead's share of county and state taxes for the year 1915. The only question raised on this appeal is as to the right of the relator to interest on the amounts above set forth.

*Henry A. Uterhart* for Town of Oyster Bay, appellant.

*James L. Dowsey* and *Erastus J. Parsons* for Town of North Hempstead, appellant.

*Charles T. McCarthy* for Philip J. Christ et al., appellants.

*Alfred T. Davison* and *Edgar M. Cullen* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.